NATHAN W. HORNING, Respondent, v. HUDSON RIVER TELEPHONE COMPANY et al., Appellants.

*Horning* v. *Hudson River Telephone Co.*, 111 App. Div. 122, affirmed.
(Argued October 8, 1906; decided October 23, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 13, 1906, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover for personal injuries alleged to have been received through the negligence of defendants.

*Mark Cohn*, *Fred Linus Carroll* and *John A. Delehanty* for appellants.

*Andrew J. Nellis* for respondent.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN and HISCOCK, JJ. Absent: GRAY, J. Not sitting: CHASE, J.

ELIZABETH L. ELY et al., Respondents, v. CHARLES W. DUMONT, Appellant.

*Ely* v. *Dumont*, 105 App. Div. 640, affirmed.
(Submitted October 9, 1906; decided October 23, 1906.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the first judicial department, entered June 19, 1905, affirming a judgment in favor of plaintiffs entered upon a verdict directed by the court and an order denying a motion for a new trial in an action to recover on a contract for tuition.

*Alexander S. Bacon* for appellant.

*Charles P. Cowles* and *Justus A. B. Cowles* for respondents.

Judgment affirmed, with costs ; no opinion.
Concur: CULLEN, Ch. J., EDWARD T. BARTLETT, HAIGHT, VANN, HISCOCK and CHASE, JJ. Absent: GRAY, J.